An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

RASHELLE SWENSEN,
Appellant,

vs.

MICHAEL ANTHONY CORNIOLA,
Respondent.

No. 62007

**FILED**

FEB 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

In her response to this court's order to show cause why this appeal should not be dismissed for lack of jurisdiction and concurrent motion to voluntarily dismiss, appellant concedes that no final judgment has been entered below. Thus, as we lack jurisdiction, NRAP 3A(b)(1), we grant the motion, with the parties to bear their own fees and costs, NRAP 42(b), and

ORDER this appeal DISMISSED.[1]

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

---

[1]Nothing in this order precludes appellant from filing a new notice of appeal from the district court's final judgment.

SUPREME COURT
OF
NEVADA

(0) 1947A

15-04944

cc: Hon. Ronald J. Israel, District Judge
Carolyn Worrell, Settlement Judge
The Wasielewski Law Firm, Ltd.
Premier Legal Group
Eighth District Court Clerk